**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**
**CIVIL ACTION NO. _____**
*Electronically Filed*

**VINCENT MOCK**                                                                                    **PLAINTIFF**

**v.**

**TLT SIR, LLC**                                                                                        **DEFENDANT**

---

**NOTICE OF REMOVAL**

---

The defendant, TLT SIR, LLC, by and through counsel, pursuant to 28 U.S.C. §§ 1441(a) and 1446, removes this action from the Commonwealth of Kentucky's Fayette Circuit Court to the United States District Court for the Eastern District of Kentucky, Central Division at Lexington. As grounds for this removal, TLT states as follows:

1.      On September 30, 2024, Plaintiff Vincent Mock filed a Complaint in the Fayette Circuit Court, which the Clerk assigned as Case No. 24-CI-03485. (*See* Complaint (**Ex. 1**)) Mock asserted a federal claim for violation of the Age Discrimination in Employment Act, 29 U.S.C. §§ 621-634 ("ADEA"). *Id*. at ¶ 1.

2.      The Complaint is the only pleading served upon TLT in this action.

3.      TLT may remove this action to this Court because this action is founded on claims or rights arising under a federal statute. Pursuant to 29 U.S.C. § 621 *et seq.*, Mock asserted a cause of action for the alleged violation of his rights under the ADEA. Pursuant to 28 U.S.C. §§ 1331 and 1441, this is a claim for which this Court has original jurisdiction.

- 1 -

4.      TLT was served with the Complaint on December 22, 2025. This Notice of Removal is being timely filed within thirty days after TLT was served with the Complaint. *See* 28 U.S.C. § 1446(b)(1).

5.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 97(b) and 1441(a), as the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, is the federal judicial district and division embracing the Fayette Circuit Court where Mock originally filed his Complaint. *See also* LR 3.1(a)(2)(B).

6.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon TLT in the Fayette Circuit Court, with the exception of the Complaint, are attached as Exhibit 2.

7.      A file-stamped copy of this Notice of Removal, pursuant to 28 U.S.C. § 1446(d), promptly will be filed with the Clerk of the Fayette Circuit Court.

Wherefore, Defendant TLT SIR, LLC, gives notice of the removal of this action from the Fayette Circuit Court to the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, and respectfully requests that the Court assume jurisdiction over this action as provided by law.

Respectfully submitted,

**/s/ Matthew T. Lockaby**
Matthew T. Lockaby
Abigail C. Wearden
Lockaby PLLC
476 East High Street, Suite 200
Lexington, Kentucky 40507
Tele:   859.263.7884
Fax:    859.406.3333
Email: mlockaby@lockabylaw.com
       awearden@lockabylaw.com

*Counsel for Defendant, TLT SIR, LLC*

## CERTIFICATE OF SERVICE

This is to certify that, on January 12, 2026, I electronically filed the foregoing Notice of Removal with the Clerk of the Court by using the CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record.

This is to further certify that, on January 12, 2026, a true and correct copy of the foregoing Notice of Removal was sent via email and U.S. First Class Mail, postage prepaid, to the following:

Vincent E. Mock
P.O. Box 22339
Lexington, Kentucky 40522
**gold27peddler@yahoo.com**

**/s/ Matthew T. Lockaby**
Matthew T. Lockaby